UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR 00571 KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| TRAVIS WESTON | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 02 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. On or about May 13, 2019, the defendant,

TRAVIS WESTON,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession of defaced firearm, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-05-1857;

2. Burglary, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-06-1159;

3. Third degree domestic battering, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-07-558;

4. Possession of firearms by certain persons, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-09-418; and

5. Possession of firearms by certain persons, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-13-3653.

B. On or about May 13, 2019, in the Eastern District of Arkansas, the defendant,

TRAVIS WESTON,

knowingly possessed, in and affecting commerce, a firearm, that is: a Ruger P95DC 9mm handgun bearing serial number 312-66284.

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, TRAVIS WESTON, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property: one Ruger P95DC 9mm handgun bearing serial number 312-66284.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]